## Case No. 3,872.

### DE ZALDO v. UNITED STATES.

### [Hoff. Land Cas. 98.][1]

District Court, D. California. Dec. Term, 1855.

#### APPEAL FROM BOARD OF LAND CLAIMS.

Objection removed by further testimony in this court.

Claim for a lot fifty varas square [in the mission of Dolores] in San Francisco county, rejected by the board, and appealed by the claimant [Elizabeth De Zaldo].

Stanly & King, for appellant.
S. W. Inge, U. S. Atty.

The claim in this case is for a fifty vara lot in the former mission of Dolores. It is founded on a grant by Francisco Sanchez, justice of the peace, to one Carlos Moreno or Charles Brown. The genuineness of the grant and the delivery of possession to the grantee are fully proven. The claim was rejected by the board for want of the necessary mesne conveyance to connect the title of the present claimant with that of the original grantee. That

defect has been supplied in this court, and no objection to the confirmation is perceived by us or is suggested on the part of the United States.